IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **CHRISTIAN L. KUNTZ,** <br><br> **Defendant.** | 9:24-po-5023-KLD <br><br> **VIOLATION: F5265019** <br> **Location Code: M10** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine of $40, a $10 special assessment and $30 processing fee for violation number F5265019. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that any future hearings are VACATED.

DATED this __29th__ day of April, 2024.

                                                                Kathleen L. DeSoto
                                                                 United States Magistrate Judge